IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JEFFREY CHARLES MANN,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL NATIONS, ET AL.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 5:22-CV-00027-RWS-<br>§  JBB<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Plaintiff Jeffrey Mann, proceeding *pro se*, filed the above-styled and numbered civil action complaining of alleged violations of his constitutional rights. The case was referred to the United States Magistrate Judge in accordance with 28 U.S.C. § 636.

Plaintiff complains of the confiscation of his legal materials. *See generally* Docket No. 1. Plaintiff filed a motion for injunctive relief asking that the Court order Defendants to: (1) cease and desist any actions which could result in the loss of four legal folders seized on August 24, 2021, (2) cease and desist any actions interfering with any legal matters in which Plaintiff is engaged, and (3) leave intact any and all legal papers in his possession. Docket Nos. 7, 9. Plaintiff also requested that Defendants be ordered to keep those four legal folders secure and to return them to him. *Id.*

The Magistrate Judge issued a report recommending that the motion for injunctive relief be denied. Docket No. 13. After setting out the requirements for preliminary injunctive relief, the Magistrate Judge determined that, among other things, Plaintiff had not shown a substantial likelihood of prevailing on the merits nor a substantial threat of irreparable injury. Docket No. 13

at 4. The Magistrate further found that Plaintiff failed to show his requested injunctive relief would not disserve the public interest. *Id.* at 5–6.

In his objections, Plaintiff states that the above referenced legal folders have been returned, and that his request for preliminary injunctive relief is now moot. Docket No. 17 at 4. The Court has conducted a *de novo* review of the report and Plaintiff's objections and has concluded that while the report of the Magistrate Judge was correct, Plaintiff's objections properly acknowledge that following the return of the legal materials, his requests for injunctive relief are now moot. It is accordingly

**ORDERED** that the Plaintiff's motions for injunctive relief (Docket Nos. 7, 9) and his motion to compel the Court to act on his motions for injunctive relief (Docket No. 12) are **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 23rd day of September, 2022.**

                                                              ROBERT W. SCHROEDER III
                                                              UNITED STATES DISTRICT JUDGE